# MAGISTRATE JUDGE CRIMINAL MINUTES

UNITED STATES OF AMERICA v.   PATRICK DANE FALTE
CRIMINAL CASE NO.   3:17-00044-1        RECORDING:   18oct2017
GOVERNMENT ATTORNEY:   BYRON JONES
DEFENDANT'S ATTORNEY:   KATHLEEN MORRIS
PROBATION/PRETRIAL SERVICES OFFICER:
INTERPRETER:                                LANGUAGE:

**INITIAL HEARING HELD** ____ _____  Defendant Arrested/Summons: _____
    Defendant has a copy of and was advised of contents of:
        ____ Complaint        ____ Indictment        ____ Other
        ____ Information       ____ Supervised/Pretrial Release Petition

    ____ Defendant advised of constitutional rights
    ____ Defendant advised of right to preliminary hearing
    ____ Defendant advised of right to revocation hearing
    ____ Financial Affidavit filed
    ____ Federal Public Defender Appointed
    ____ Government filed Motion for Detention
    ____ Defendant temporarily detained pending a hearing
    ____ Defendant is in State/Federal custody
    ____ Defendant appeared on summons and is free to leave pending revocation hearing
    ____ Defendant released on _____ Bond/Conditions of Release

**PRELIMINARY/IDENTITY HEARING HELD:** _____   WAIVED: _____
    Defendant:   ____ Bound Over          ____ Discharged
        ____ Held to Answer in District of Prosecution
        ____ Held for Revocation Hearing

**DETENTION HEARING HELD:** _____   WAIVE & RESERVE RIGHT _____
    Bond set at: _____           Released on: _____
    Defendant detained until trial/revocation hearing, order to enter: _____

**GRAND JURY WAIVED IN OPEN COURT:** _____

**ARRAIGNMENT HELD:**   10/18/17                    WAIVED: _____
    Defendant acknowledges he/she has a copy of Indictment/Information: ✓
    Waives reading thereof: ✓          PLEA:  GUILTY      **NOT GUILTY**

**CHANGE OF PLEA HEARING HELD:** _____   Defendant consented to Magistrate Judge: _____

**ARRAIGNMENT/PRELIMINARY/DETENTION HEARING CONTINUED TO:** _____

**PROCEEDINGS BEFORE MAGISTRATE JUDGE:**  BROWN   NEWBERN   HOLMES   **FRENSLEY**

**TIME:** ___1___ minute(s)