UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 3:17-cr-00044-1 |
| V. | Judge: Waverly D. Crenshaw, Jr. |
| PATRICK DANE FALTE | Hearing Date: 8/9/2019 |
| | Location: ● Nashville ○ Columbia ○ Cookeville |
| | Court Reporter: Lise Matthews |
| (list each defendant appearing at hearing) | Court Interpreter: |

## CRIMINAL MINUTES

Government Attorney(s): S. Carran Daughtrey, Lauren Britsch

Defense Attorney(s): Kathleen Morris

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☑
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| 1. | | 7. | |
| 2. | | 8. | |
| 3. | | 9. | |
| 4. | | 10. | |
| 5. | | 11. | |
| 6. | | 12. | |
| Alt 1. | | Alt 2. | |

COMMENTS:

- Defendant sentenced to a term of imprisonment of 420 months (concurrent), followed by a lifetime term of supervised release. Restitution reserved. No fine. $700.00 Special Assessment. Forfeiture agreed and government will submit an order.
- Government's Motion is granted, and time to determine restitution is extended 90 days. All counsel and PSR writer will meet within first 30 days to attempt to reach an agreement. If no agreement, Judge Frensley to prepare Report & Recommendation. Parties will have 14 days to respond. A final hearing on restitution will be held on November 4, 2019, at 1:00 p.m.
- Judgment to enter.

Total Time in Court: 3 hours

Clerk of Court
by: Kelly Parise